931 F.2d 50
 Karn (William S.)
v.
Bruni (Joseph J.), Santarcangelo (Ralph), Reid (Henry),
Imhoff (Paul), McQuade (William) Levenson (Nathan S.), Lynn
(Denis), McManama (James), Kanon (John E.), Clark (Norman
M.), Mertz (George), Jonas (Stanton), Yoest (John), Barron
(Gerald M.), County of Allegheny
 NO. 91-3037
 United States Court of Appeals,
Third Circuit.
 MAR 25, 1991
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.